No. 79–1111. TALMAN FEDERAL SAVINGS & LOAN ASSOCIATION OF CHICAGO v. CARROLL. C. A. 7th Cir. Certiorari denied.

No. 79–1117. HARVEY v. HARRIS TRUST & SAVINGS BANK. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 79–1119. AMERICAN INTERINSURANCE EXCHANGE v. COMMERCIAL UNION ASSURANCE CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 79–1126. THOMAS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 79–1133. CLAWSON, ADMINISTRATRIX v. INTERNATIONAL HARVESTER CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 79–1134. GOLDMAN v. SEARS, ROEBUCK & CO. C. A. 1st Cir. Certiorari denied.

No. 79–1135. CANADIAN UNIVERSAL INSURANCE CO. v. CONTINENTAL CASUALTY CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–1140. BURDETTE v. INDIANA & MICHIGAN ELECTRIC CO. C. A. 4th Cir. Certiorari denied.

No. 79–1142. CHRISTIAN BEACON PRESS, INC. v. CITY OF CAPE MAY. Super. Ct. N. J. Certiorari denied.

No. 79–1153. KEM MANUFACTURING CO., INC. v. DRACKETT PRODUCTS CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–1154. COLAO ET AL. v. MERIT INSURANCE CO., INC. C. A. 7th Cir. Certiorari denied.